UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO. 3:11-cv-00625-RBD-TEM

JOHN GREEN, III,

 Plaintiff,

v.

NATIONAL MANAGEMENT RECOVERY CORP., and
CAVALRY PORTFOLIO SERVICES, LLC,

 Defendants.
_____/

## NOTICE OF SETTLEMENT

**NOTICE IS HEREBY GIVEN** that all claims pending have been resolved to the parties' satisfaction.

Plaintiff hereby respectfully requests that this Court allow sixty (60) days within which to complete the settlement, during which time Plaintiff requests the Court to retain jurisdiction over this matter until fully resolved.

Should Plaintiff not move to reinstate the case or seek other Court intervention in the next sixty (60) days, Plaintiff requests the Court dismiss this case with prejudice at that time.

 Respectfully submitted,
 JOHN GREEN, III


 By: s/ Alex Weisberg
 ALEX D. WEISBERG
 FBN: 0566551
 WEISBERG & MEYERS, LLC
 ATTORNEYS FOR PLAINTIFF
 5722 S. Flamingo Road, Ste. 656
 Cooper City, FL 33330
 (954) 212-2184
 (866) 577-0963 fax
 aweisberg@attorneysforconsumers.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT this Notice was filed on this 17th day of February, 2012, by means of the CM/ECF system which will send notice of electronic filing to the following: Mr. Dale Golden, dale.golden@goldenscaz.com.

By: s/ Alex Weisberg
ALEX D. WEISBERG
FBN: 0566551
WEISBERG & MEYERS, LLC
ATTORNEYS FOR PLAINTIFFS
5722 S. Flamingo Road, Ste. 656
Cooper City, FL 33330
(954) 212-2184
(866) 577-0963 fax
aweisberg@attorneysforconsumers.com