UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**JOHN GREEN, III**

        Plaintiff,

v.                                                             **Case No. 3:11-cv-625-J-37TEM**

**NATIONAL MANAGEMENT RECOVERY CORP. and CAVALRY PORTFOLIO SERVICES, LLC.,**

        Defendants.

## ORDER

The Court has been advised that this case has been settled (Doc. 18). Accordingly, it is now

**ORDERED:**

1. The parties shall have until **April 27, 2012** to file a joint motion for dismissal or other appropriate documents to close out this file.

2. If the parties have not filed settlement pleadings or a request for extension of time by April 27, 2012, this case will automatically be deemed to be dismissed without prejudice. **The parties are cautioned that in some cases, the Court may not have jurisdiction to enforce settlement agreements once the case has been dismissed without prejudice; thus, if the parties have not finalized their settlement by the deadline, they are encouraged to move for an extension of that deadline.** The Clerk is directed to close the file, subject to reopening if the parties file papers by the deadline.

3. All pending motions and deadlines are terminated and all case management

deadlines are vacated.

**DONE AND ORDERED** at Jacksonville, Florida, this 27th day of February, 2012.

ROY B. DALTON JR.
United States District Judge

Copies to:
Counsel of Record