IN THE DISTRICT COURT IN AND FOR
THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO. 3:11-cv-00625-RBD-TEM

JOHN GREEN, III.,

    Plaintiff,

v.

NATIONAL MANAGEMENT RECOVERY CORP.,

    Defendant.
_____/

## JOINT STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE

COMES now all parties in the above titled action and represents to the Court that this matter, regarding Plaintiff's claims against Defendant, has been settled amicably, and would request an entry of Final Order of Dismissal with Prejudice in this matter, with each party to bear its own costs and attorneys' fees.

Dated this 21st day of March, 2012.

| | |
|---|---|
| /s/ Alex D. Weisberg | /s/ Dale Golden |
| Alex Weisberg, Esq. | Mr. Dale Golden |
| FBN: 0566551 | Golden & Scaz, PLLC |
| Weisberg & Meyers, LLC | 201 North Armenia Ave. |
| 5722 S. Flamingo Road, Ste. 656 | Tampa FL 33609 |
| Cooper City, FL 33330 | Attorneys for Defendant |
| Attorney for Plaintiff | |

**CERTIFICATE OF SERVICE VIA ELECTRONIC MAIL**

I, Alex D. Weisberg, certify that a true and correct copy of the foregoing Stipulation of Dismissal was served via electronic mail on the following: Mr. Dale Golden, at dale.golden@goldenscaz.com, on March 21, 2012.

By: s/ Alex Weisberg

ALEX D. WEISBERG
FBN: 0566551
WEISBERG & MEYERS, LLC
ATTORNEYS FOR PLAINTIFF
5722 S. Flamingo Road, Ste. 656
Cooper City, FL 33330
(954) 212-2184
(866) 577-0963 fax
aweisberg@attorneysforconsumers.com