UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**JOHN GREEN, III**

        Plaintiff,

v.                                                                      Case No. 3:11-cv-625-J-37TEM

**NATIONAL MANAGEMENT RECOVERY CORP. and CAVALRY PORTFOLIO SERVICES, LLC.,**

        Defendants.

## ORDER

Upon the parties' Joint Stipulation for Voluntary Dismissal (Doc. 20), filed March 21, 2012, it is **ORDERED** and **ADJUDGED** that

1. This case is hereby **DISMISSED WITH PREJUDICE** with each party to bear its own attorney's fees and costs.

2. The Clerk is directed to **CLOSE** the file.

**DONE AND ORDERED** at Jacksonville, Florida, this 27th day of March, 2012.

*[signature]*

ROY B. DALTON JR.
United States District Judge

Copies to:
Counsel of Record